A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. §1983

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2004 JUN -1  P 4:07

_____
SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Rowdy Vernon
_____

#93669
_____
Inmate (DOC) number

04-360-A-M2

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Trinity Marines Products
Summer Arnold
_____

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint exactly

INITIALS | DOCKET#
--- | ---
PA | 1

**the same.**
In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.   Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the parish): _____

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____

6. Date of filing lawsuit: _____
7. Date of disposition: _____
C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )   No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____

II. Place of present confinement: *CAMP "C" WOLF-3 DORM LOUISIANA STATE PENITENTIARY*

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____
_____

2. What steps did you take? _____
_____

3. What was the result? _____
_____

D. If your answer is No, explain why not: _____
_____

3

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) RONDY VERNON, SR., #93669
   Address CAMP "C" WOLF-3, LA. STATE PENITENTIARY, ANGOLA, LA. 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant MS. SUMMER ARNOLD is employed as PAYROLL CLERK-PERSONNEL SECRETARY at TRINITY MARINES PRODUCTS, HIGHWAY 21, MADISONVILLE, LA.

C. Additional Defendants: THE COMPANY OF TRINITY MARINES PRODUCTS, HIGHWAY 21, MADISONVILLE, LOUISIANA

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

MS. SUMMER A. SHARP, AN PAYROLL CLERK-PERSONNEL SECRETARY, FOR TRINITY MARINES PRODUCTS, HIGHWAY 21, MADISONVILLE, LOUISIANA.... MS. ARNOLD'S TESTIFIED TO, AT PLAINTIFF CRIMINAL TRIAL, THAT PLAINTIFF CAME TO HER OFFICE ON DECEMBER 5, 1996, TO PICK-UP HIS CHECK(S)....MS. BRENDA STICKER STATED IN A STATEMENT TO FBI SA W. ELLIS SIMPSON, THE PLAINTIFF PICK-UP HIS CHECK(S) WRITTEN ON ACCOUNT #3960252 FOR THE AMOUNT OF $359.41, WHICH IS AN ACCOUNT WITH TEXAS COMMERCE BANK, DALLAS TEXAS, AT THIS PRESENTLY TIME.

4

PLAINTIFF AVERS THAT HIS UNCLE WILLIE MAGEE PICK-UP HIS CHECK(S) AND PLAINTIFF MOTHER HAD TO WRITE A NOTE ON PAPER TO TRINITY MARINES PRODUCTS, GIVING HER BROTHER WILLIE MAGEE AUTHORIZATION TO PICK-UP PLAINTIFF CHECK(S) AFTER 12-5-96.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. TO MAKE THE COMPANY "TRINITY MARINES PRODUCTS TO PRODUCE ITEMS LISTED ABOVE, AND COMPANY FOR PERJURY/SLANDERING AND WITHHOLDING DOCUMENTS FROM PLAINTIFF, MONETARY DAMAGES FOR THE SUM OF TEN MILLION DOLLARS.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _10_ day of _May_, 200_4_.

_Randy Vernon, Jr.,_

Signature of plaintiff(s)

5

# "CONTINUANCE OF PAGE 5"

PLAINTIFF AVERS, IN ORDER FOR ANYONE TO PROCEED TO THE COMPANY PERSONNEL OFFICE OF TRINITY MARINES PRODUCTS, A PERSON (S) HAVE TO BE "CLEARED" BY SECURITY; IN ORDER TO GO BEYOND THE COMPANY GATES.

PLAINTIFF, IS ASKING THIS HONORABLE COURT TO GRANT HIS SUIT AGAINST HIS EX-FORMER COMPANY FOR THE FOLLOWING REASONS AS TO WIT:

(1.) PLAINTIFF IS SEEKING COPIES OF THE SECURITY LOG BOOK AT TRINITY MARINES PRODUCTS, HIGHWAY 21, MADISONVILLE, LA. FOR THE FOLLOWING MONTH, DAY, AND YEAR; DECEMBER 5, 1996. THAT ENTIRE DAY PAGE COVERING FROM THE START TO THE BEGINNING OF DECEMBER THE 6th.

(2.) PLAINTIFF IS SEEKING ALSO TO OBTAIN COPIES OF HIS CHECK(S) A FRONT VIEW AND A BACK VIEW. THE BACK VIEW IS FOR TO SHOW WHERE EMPLOYEE SIGNATURE GOES, SHOWING A VERIFICATION OF SIGNATURE AND ALSO WHERE THE CHECK WAS CASHED. THE CHECK(S) WAS WRITTEN ON ACCOUNT NUMBER #396D252, FOR THE AMOUNT OF $359.41 ANY LAST CHECK(S) DEALING WITH THE MONTH OF NOVEMBER THE LATTER PART OF THAT MONTH AND THE BEGINNING OF DECEMBER OF 1996.

(3.) A COPY OF PLAINTIFF'S MOTHER NOTE, GIVING HER BROTHER WILLIE MAGEE AUTHORIZATION TO THE COMPANY, TO GIVE PLAINTIFF(S) TO WILLIE MAGEE, THAT WAS WRITTEN ON THE ABOVE ACCOUNT NUMBER AND FOR THE ABOVE AMOUNT.

THESE ABOVE ITEMS (DOCUMENTS) IS NEED FOR IMPEACHMENT PURPOSES TO PROVE PERJURY EXISTED AT PLAINTIFF CRIMINAL TRIAL.