IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
JUL 12 2004 DC
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

DOCKET No.: 04-360-A-M2

<u>PLAINTIFF</u>
RONDY VERNON, Sr.
versus
TRINITY MARINES PRODUCTS
and
SUMMER ARNOLD
<u>DEFENDANTS</u>

<u>MOTION OF NOTICE TO DISMISSAL</u>

RESPECTFULLY SUBMITTED:
*Rondy Vernon, Sr.*
Rondy Vernon, Sr. #93669
Camp"C"Wolf-3 Dorm
La. State Penitentiary
Angola, Louisiana 70712
Pro-se: in forma pauperis

INITIALS | DOCKET#
--- | ---
SH | 3

IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| <u>PLAINTIFF</u> | <u>CIVIL ACTION</u> |
| RONDY VERNON, Sr. | CASE No. #04-360-A-M2 |
| <u>VERSUS</u> | FILED: |
| TRINITY MARINES PRODUCTS | |
| AND | |
| Ms. SUMMER ARNOLD | DEPUTY CLERK: |
| <u>DEFENDANTS</u> | |

## "MOTION OF NOTICE FOR DISMISSAL"

MAY IT PLEASE THE COURT,

Comes now, Rondy Vernon, Sr., (PLAINTIFF), pro-se, in forma pauperis, respectfully submitts this motion, "<u>MOTION OF NOTICE FOR DISMISSAL</u>," upon the following facts as to wit:

### "JURISDICTION"

Jurisdiction is vested in this Honorable Court, pursuant to A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Section 1983.

### "REMEDY"
DAMAGES

### "CAUSE OF ACTION"

Slandering, Withholding Records and Perjury Testimony

### "FACTS"

Plaintiff went to trial in the Twenty Second Judicial District Court, Parish of Washington, State of Louisiana, for Second Degree Murder.*****Trinity Marines Products, employee Ms. Summer Arnold, Payroll Clerk-Personnel Secretary, testified to plaintiff coming to Company Trinity Marines Products, in Madisonville, Louisiana, on Highway 21, in December 5, 1996, to pick-up his check(s) written in account number #<u>3960252</u>, for the amount of $<u>359.41</u>. Ms.

i.

Arnold stated in Court/and on a statement to Special Agent E. Simpson that the defendant came to his place of employment to pick-up his check(s)in December 5,1996,at 1:00 O'clock p.m..

The plaintiff is contending in this matter that he never seen Ms.Summer Arnold on the above and time,and he has proof to his where abouts on the date,month and year.Plaintiff is asserting that his Uncle Willie Magee picked up his check(s) after the date Ms.Arnold stated that Plaintiff picked up his check(s) that is written on the account number and for the amount.

## "PROCEDURE HISTORY"

The plaintiff was convicted of the charge and he Appealed to the First Circuit Court Of Appeals,DENIED,and plaintiff filed to the Supreme Court Of Louisiana,Writ Denied,.

Plaintiff is now prepareing for his Post Conviction Relief Application,his case has been Adjudicated since September 19, 2003.

Plaintiff filed a Motion Subpoena duces tecum,to the District Court,the District Court GRANTED,the Subpoena duces tecum but the Company Trinity Marines Products,only allowed the plaintiff to receive(i)one item that he requested,and there was (3)three items he was requesting.

The plaintiff filed another Motion To Show Cause,why the Company Granted petitioner request in part and denied petitioner request in part.Plaintiff appeal to the First Circuit Courts Of Appeals and his writ was DENIED.

Plaintiff filed into this Honorable Court with a "A Complaint Under The Civil Rights Act,42 U.S.C. Section 1983.

Plaintiff diligently seeking the proper vehicle to enter the Courts with.In seeking DAMAGES,for the wrong that Ms.Summer Arnold has done to plaintiff,and the company for withholding these records to prove that plaintiff never came to pick-up his check(s) and to show that the State used Perjury Testimony in trial to help the State obtain a state conviction.

Now after researching and finding out with diligents plaintiff enter this Honorable Court with the wrong vehicle in su-

iting the company and Ms. Arnold.

It is clearly improper for the plaintiff to seek this type of vehicle in accomplishing/achieving, in proving his claims.

Now plaintiff files into this Honorable Court this <u>Motion Of Notice For Dismissal</u>. Under <u>Rule 4I</u>, Dismissal Of Actions, the plaintiff wish to attack this suit in State Civil Court.

The complaint under the Civil Rights Act isn't the proper vehicle to attack the defendants in the cause of action suit for: Slandering, Withholding Records and Perjury Testimony.

Wherefore Plaintiff moves that this Motion Of Notice For Dismissal Be <u>Granted</u>, for he can proceed in the State Civil Court with the proper vehicle, for he can not lose his claims and for he can prove the company and employee is responsible for his incarceration.

RESPECTFULLY SUBMITTED:

*Rondy Vernon Sr.*

RONDY VERNON, Sr. #93669
Camp "C" Wolf-3 Dorm
La. State Penitentiary
Angola, Louisiana 70712
Pro-se in forma pauperis

## "ORDER"

Considering the foregoing motion:

IT IS HEREBY ORDERED that this Honorable Court of the U.S. District Court, Middle District Of Louisiana, should grant this motion on the____day of_____, 2004, at_____o'clock,___.m., why the Motion herein requested should not be granted.

Baton Rouge, Louisiana, this____day of_____, 2004.

_____
"JUSTICE JUDGE"

## "CERTIFICATE OF SERVICE"

I hereby certify that a copy of the above and foregoing has been served upon all parties by depositing same in the United States mail, postage prepaid and properly addressed, this 6th day of July, 2004.

*Bondy Veenor, Jr.*